**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

Defendant: **Ranch Town Center, LLC**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112926 | $57,540.81 | 4/12/2023 | 00412-994337 | 4/1/2023 | $10,383.44 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112926 | $57,540.81 | 4/12/2023 | 00412-993235 | 4/1/2023 | $43,521.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112926 | $57,540.81 | 4/12/2023 | 00412-993234 | 4/1/2023 | $3,635.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112890 | $122,337.42 | 4/4/2023 | 00412-989076 | 3/14/2023 | $61,168.71 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112890 | $122,337.42 | 4/4/2023 | 00412-989075 | 3/14/2023 | $61,168.71 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112287 | $47,157.37 | 4/4/2023 | 00412-987827 | 3/1/2023 | $43,521.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112287 | $47,157.37 | 4/4/2023 | 00412-987826 | 3/1/2023 | $3,635.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111352 | $47,157.37 | 2/15/2023 | 00412-984477 | 2/1/2023 | $43,521.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111352 | $47,157.37 | 2/15/2023 | 00412-984476 | 2/1/2023 | $3,635.87 |

Totals:    4 transfer(s),    $274,192.97